Elaine R. MANGINI, Plaintiff–Appellee,

v.

UNITED STATES of America, Department of the Interior, National Park Service, Defendant,

and

Dick Gottsegen, dba Timberline Adventures, aka Timberline Bicycle Tours, Defendant–Appellant.

No. 01–35273.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted Nov. 4, 2002.

Filed Jan. 9, 2003.

Amended Feb. 10, 2003.

Sue Ann Love, Jardine, Stephenson, Blewett & Weaver, P.C., Great Falls, MT, for the defendant-appellant.

Francis X. Clinch, Jardine, Stephenson, Blewett & Weaver, P.C., Great Falls, MT, for the defendant-appellant.

Joseph P. Cosgrove, Hoyt & Blewett, Great Falls, MT, for the plaintiff-appellee.

Before: TROTT, NELSON and THOMAS, Circuit Judges.

## ORDER

The Opinion filed January 9, 2003, is amended as follows:

> At Slip Opinion page 227, line 33: delete footnote 2, and replace with a new footnote 2 stating, "Because of the additional evidence that has come to light,

we need not consider whether we would reach a different result were we reviewing Judge Malloy's decision on the record before him."

At Slip Opinion page 227, line 25 [after sentence "We also note that the record of Jackson's contacts with the expert is incomplete . . . ."]: add the following sentence, "As the record stands, we find no direct evidence of an intent to deceive Judge Molloy, but nevertheless, Jackson clearly acted as a lawyer in the proceeding and Hoyt & Blewett failed to disclose all the relevant facts."

With these amendments to the Opinion, the panel has unanimously voted to deny appellee's petition for a rehearing.